UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 06-11060-RCL

|   |   |
|---|---|
| Wayside Youth and Family Support Network, Inc., and As yet unidentified John and Jane Doe Adolescents with Disabilities, | ) ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| Town of Framingham, and Town of Framingham Board of Selectmen | ) ) ) |
| Defendants | ) ) |

<u>Plaintiff, Wayside Youth and Family Support Network, Inc.'s Motion for
Partial Summary Judgment, and Request for Oral Argument</u>

A.	<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Plaintiff, Wayside Youth and Family Support Network, Inc. ("Wayside"), moves pursuant to Fed.R.Civ.P. 56, for partial summary judgment to be entered on behalf of Wayside against the defendants in the above-entitled action. As grounds for its motion, Wayside states that there is no genuine issue as to any material fact on the claims set forth below, and that Wayside is entitled to judgment on the claims listed below as a matter of law.

Wayside seeks summary judgment and a declaration and Order:

1.	That the Town of Framingham and the Board of Selectmen of the Town of Framingham, violated Wayside's rights under the Dover Amendment, G.L. c. 40A, §3, to locate its program

for adolescents with disabilities, on Wayside's property at 1 Frederick Abbott Way, Framingham, Massachusetts. (Amended Complaint, ¶V.3, page 17).

2. That the Town of Framingham Public Way Access Permit Bylaw, Article VI, §8 of the general bylaws of the Town, is invalid on its face and as applied to Wayside. (Amended Complaint, ¶V.5, page 17).

3. That the decision of the Board of Selectmen of the Town of Framingham, denying Wayside a Public Way Access Permit, is not supported by substantial evidence, is against the weight of the evidence, and must be annulled. (Amended Complaint, ¶III.54, page 11; ¶V.4, page 17).

4. That the Board of Selectmen be ordered to grant Wayside its Public Way Access Permit. (Amended Complaint, ¶V.4, page 17).

5. That the Town of Framingham and Board of Selectmen be enjoined from enforcing the Public Way Access Permit bylaw. (Amended Complaint, ¶V.6, page 17).

In support of its motion, Wayside respectfully refers the Court to the following documents that have been filed with this motion:

1. Plaintiff's exhibits in support of its Motion for Partial Summary Judgment (exhibits have been filed in paper form, as they were too large for electronic filing).

2. Notice of Filing with Clerk's Office, pursuant to Local Rules CF/ECF Order, Appendix A.

3. "Plaintiff, Wayside and Family Support Network, Inc.'s Memorandum of Law in Support of Wayside's Motion for Partial Summary Judgment."

B.    REQUEST FOR ORAL ARGUMENT

Plaintiff believes that oral argument may assist the court, and therefore requests oral argument on its Motion for Partial Summary Judgment.

/s/ Kenneth N. Margolin
Kenneth N. Margolin, BBO #319900
Law Office of Kenneth N. Margolin, P.C.
246 Walnut Street, Suite 101
Newton, MA 02460
617-641-9600
margolinpc@aol.com

Date: October 3, 2006

Certificate of Service

I, Kenneth N. Margolin, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. I further certify that a hard copy of this document was served on counsel of record along with plaintiff's summary judgment exhibits, which were too large for electronic filing.

/s/ Kenneth N. Margolin
Kenneth N. Margolin

Date: October 3, 2006